1  LIPSON NEILSON P.C.
   JOSEPH P. GARIN, ESQ.
2  Nevada Bar No. 6653
   JUSTIN R. BRANUM, ESQ.
3  Nevada Bar No. 16809
   9900 Covington Cross Drive, Suite 120
4  Las Vegas, Nevada 89144
   Phone: (702) 382-1500
5  Fax: (702) 382-1512
6  jgarin@lipsonneilson.com
   jbranum@lipsonneilson.com
7

8  *Attorneys for Defendant Background Checks, Inc.*

9

                    **IN THE UNITED STATES DISTRICT COURT**
10

11                      **FOR THE DISTRICT OF NEVADA**

12  STEPHEN ALEXIAN SCRUGGS,              Case No: 2:24-cv-01932-JCM-DJA
                                          **ORDER RE:**
13                      Plaintiff,        **JOINT UNOPPOSED MOTION TO**
        vs.                               **EXTEND DEADLINE FOR**
14                                        **DEFENDANT BACKGROUND**
                                          **CHECKS, INC. TO RESPOND TO**
15  BACKGROUND CHECKS, INC.,              **COMPLAINT**

16                      Defendant.
                                          **[FIRST REQUEST]**
17

18

19        Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1,

20  Defendant Background Checks, Inc. and Plaintiff Stephen Alexian Scruggs, by and

21  through their respective counsel, request that this Court grant their Joint Unopposed

22  Motion to Extend the Time for Defendant to answer or otherwise respond to Plaintiff's

23  Complaint. In support of this Motion, the parties stipulate as follows:

24        1.    The Complaint was served on Defendant on November 4, 2024.

25        2.    Defendant's current deadline to respond to the Complaint is November 25,

26  2024.

27        3.    The parties met and conferred about the extension of time to respond to

28  the Complaint and agreed that Defendant's deadlines to respond to the Complaint shall

LIPSON NEILSON P.C.
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500    Facsimile: (702) 382-1512

1  be extended to December 5, 2024 to allow Defendant's counsel more time to evaluate

2  the Complaint and Defendant's next steps.

3        4.      There have been no prior extensions of Defendant's deadline to respond to

4  the Complaint.

5        5.      Accordingly, the parties respectfully and jointly request that the Court

6  extend the deadline for Defendant to answer or otherwise respond to the Complaint to

7  December 5, 2024.

8        IT IS SO STIPULATED.

9        DATED this 20th day of November, 2024.

10

| LIPSON NEILSON P.C. | CONSUMER ATTORNEYS |
|---|---|
| *Jus PCenin* | |
| | */s/ Michael Yancey III* |
| _____ | MICHAEL YANCEY III, ESQ. |
| JOSEPH P. GARIN, ESQ. | Nevada Bar No. 16158 |
| Nevada Bar No. 6653 | MOSHE BOROOSAN, ESQ. |
| JUSTIN R. BRANUM, ESQ. | *Pro Hac Vice Application Forthcoming* |
| Nevada Bar No. 16809 | 2300 West Sahara Ave., Suite 800 |
| 9900 Covington Cross Drive, Suite 120 | Las Vegas, NV 89102 |
| Las Vegas, Nevada 89144 | |
| | *Attorneys for Plaintiff* |
| *Attorneys for Defendant Background* | |
| *Checks, Inc.* | |

18

19

20                                        **ORDER**

21        IT IS SO ORDERED.

22

23                          _____
                            UNITED STATES MAGISTRATE JUDGE
24                          Dated: 11/21/2024 _____

25

26

27

28

*LIPSON NEILSON P.C.*
*9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144*
*Telephone: (702) 382-1500    Facsimile: (702) 382-1512*