LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
ANGELA N. OCHOA, ESQ.
Nevada Bar No. 10164
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
aochoa@lipsonneilson.com

*Attorneys for Defendant Background Checks, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHEN ALEXIAN SCRUGGS,<br><br>　　　　　Plaintiff,<br>vs.<br><br>BACKGROUND CHECKS, INC.,<br><br>　　　　　Defendant. | Case No: 2:24-cv-01932-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[FIRST REQUEST]** |

Pursuant to Local Rules IA 6-1 and 26-3, the parties hereby jointly stipulate and move the Court for a 60-day extension of the case deadlines set forth in the prior Scheduling Order (ECF No. 11). This is the parties' first joint request and is made in good faith for the reasons set forth below.

Good cause exists for the joint request of the parties, as explained further below, given the approaching deadline for the parties to file a motion for leave to amend the complaint. Pursuant to Local Rule 26-3, the parties provide the following information relative to the status of discovery and the proposed extension:

　　(a)　*A statement specifying the discovery completed:*

　　　　1.　The parties have exchanged Initial Disclosures in accordance with Fed. R. Civ. P. 26(a)(1).

  2. Defendant BACKGROUND CHECKS, INC. served First Set of Requests for Production of Documents and Interrogatories to Plaintiff on January 15 2025.

  3. Defendant BACKGROUND CHECKS, INC. served Notice of Subpoena to be served to American Seafood Company.

(b) *A specific description of the discovery that remains to be completed:*

  1. The parties anticipate serving additional written discovery.

  2. The parties need to complete the following depositions:

   i. Plaintiff's deposition.

   ii. Rule 30(b)(6) witness for Background Checks, Inc.

   iii. Percipient witnesses identified in disclosures

   iv. Expert depositions to be determined

  3. The parties need to identify, retain and disclose expert witnesses.

(c) *The reason why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan:* Good cause exists for the joint request of the parties based on several factors including:

  1. The Scheduling Order sets a deadline of February 21, 2025 for the parties to file motions to amend pleadings. With the allegations in the Complaint being that Defendant caused Plaintiff to be damaged due to a loss of employment, Defendant seeks discovery into his allegations before filing suit against potential third-parties such as Plaintiff's former employer. Having not yet received responses to written discovery, additional time is needed for Defendant to investigate.

  2. One of the main witnesses to this case, American Seafoods Company is located out of state, which requires additional time for the parties to coordinate scheduling of depositions.

LIPSON NEILSON P.C.
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512

3. The parties have been working in good faith to advance this case, as the parties are also in the process of negotiating a stipulated protective order.

4. This case is relatively new, with Defendant's Answer having been filed on December 5, 2024.

5. Based on their good faith efforts to advance the case, the parties believe good cause exists to extend all discovery deadlines by 60 days.

(d) *A proposed schedule for completing all remaining discovery:* For the reasons stated above, the parties request that the current dates in the Discovery Plan and Scheduling Order (ECF No.11) be amended to reflect the following deadlines:

|  | **Current Date** | **New Date** |
| --- | --- | --- |
| Discovery Cut Off Date | May 19, 2025 | **July 18, 2025** |
| Last Day to file motions to amend or add parties | February 21, 2025 | **April 22, 2025** |
| Initial expert disclosures | March 20, 2025 | **May 19, 2025** |
| Rebuttal expert disclosures | April 20, 2025 | **June 19, 2025** |
| Final Date to file Dispositive Motions | June 18, 2025 | **August 18, 2025** (60th day is a Sunday) |

Joint Pretrial Order, Fed. R. Civ. P. 26(a)(3) disclosure, and any objections are currently due on July 23, 2025, and should be amended to a new deadline of **September 22, 2025** (Unless dispositive motions are filed, in which case the deadline for the joint pretrial order is 30 days after the dispositive motion deadline.)

///

///

///

///

///

The parties have stipulated to these extension dates. This stipulation is entered into by the parties in good faith and not for purposes of delay.

Dated this 27th day of January, 2025.

| LIPSON NEILSON P.C. | CONSUMER ATTORNEYS |
|---|---|
| *(signature)* <br> _____ <br> JOSEPH P. GARIN, ESQ. <br> Nevada Bar No. 6653 <br> ANGELA N. OCHOA, ESQ. <br> Nevada Bar No. 10164 <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Defendant Background Checks, Inc.* | /s/ Michael Yancey <br> _____ <br> MICHAEL YANCEY III, ESQ. <br> Nevada Bar No. 16158 <br> 2300 West Sahara Ave., Suite 800 <br> Las Vegas, NV 89102 <br><br> RYAN PETERSON, ESQ. <br> CONSUMER JUSTICE LAW FIRM <br> *Pro Hac Vice Application Pending* <br> 6600 France Ave., Suite 602 <br> Edina, Minnesota 55435 <br><br> *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 1/28/2025