Michael Yancey III
Nevada Bar No: 16158
CONSUMER JUSTICE LAW FIRM PLC
2300 West Sahara Ave. Suite 800
Las Vegas, NV 89102
T: (480) 573-9272
F: (480) 613-7733
E: myancey@consumerjustice.com

Ryan D. Peterson, MN #0389607
admitted pro hac vice
CONSUMER JUSTICE LAW FIRM PLC
6600 France Ave, Suite 602
Edina, Minnesota 55435
E: rpeterson@consumerjustice.com
T: (651) 315-7656
F: (480) 613-7733

*Attorneys for Plaintiff*
*Stephen Alexian Scruggs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHEN ALEXIAN SCRUGGS, | Case No.: 2:24-cv-01932-JCM-DJA |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| BACKGROUND CHECKS, INC., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Stephen Alexian Scruggs

and Defendant Background Checks, Inc., ("BCI"), by and through undersigned counsel,

hereby stipulate that this action and all claims and defenses asserted therein be dismissed

1

with prejudice as to Defendant BCI, with each party to bear their own fees and costs.

There are no remaining defendants in this matter.

Dated: October 23, 2025

By: */s/ Ryan D. Peterson*
Michael Yancey III, NV #16158
**CONSUMER JUSTICE LAW FIRM PLC**
2300 West Sahara Ave. Suite 800
Las Vegas, NV 89102
E: myancey@consumerjustice.com
T: (480) 573-9272
F: (480) 613-7733

Ryan D. Peterson, MN #0389607
*admitted pro hac vice*
**CONSUMER JUSTICE LAW FIRM PLC**
6600 France Ave, Suite 602
Edina, Minnesota 55435
E: rpeterson@consumerjustice.com
T: (651) 315-7656
F: (480) 613-7733

**Consumer Justice Law Firm PLC**
8095 N. 85th Way
Scottsdale, AZ 85258

*Attorneys for Plaintiff,*
*Stephen Alexian Scruggs*

By: */s/Angela Ochoa*
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
ANGELA N. OCHOA, ESQ.
Nevada Bar No. 10164
**GARIN LAW GROUP**
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Email: jgarin@garinlawgroup.com
Email: aochoa@garinlawgroup.com
cc: JCerezo@garinlawgroup.com

*Counsel for Defendant*
*Background Checks, Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 23, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM**

*/s/Lila Reyes*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

STEPHEN ALEXIAN SCRUGGS,

          Plaintiff,

  v.

BACKGROUND CHECKS, INC.,

          Defendant.

Case No.: 2:24-cv-01932-JCM-DJA

**ORDER GRANTING
STIPULATION OF DISMISSAL WITH
PREJUDICE**

    Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Background Checks, Inc., ("BCI"), and good cause appearing,

    **IT IS ORDERED** that the Stipulation is **GRANTED**.

    The above-entitled matter is hereby dismissed with prejudice as to Defendant BCI, with each party to bear their own fees and costs.

    **IT IS SO ORDERED.**

Dated: October 24, 2025

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE